UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
_____

IN RE: YASMIN AND YAZ         )
(DROSPIRENONE)                )     3:09-md-02100-DRH-PMF
MARKETING, SALES              )     MDL No. 2100
PRACTICES AND PRODUCTS        )
LIABILITY LITIGATION          )

_____

**This Document Relates to:**

*Petra Asel v. Bayer Corp., et al.* No. 3:10-cv-12527-DRH-PMF

*Lauren Baker v. Bayer Corp., et al.* No. 3:10-cv-12644-DRH-PMF

*Ashley Blackard v. Pharmaceuticals, Inc., et al.* No. 3:10-cv-12230-DRH-PMF

*Shawna Carter v.Bayer HealthCare Pharm/, Inc.*, et al. No. 3:10-cv-13225-DRH-PMF

*Vanessa Cervantes v.Bayer HealthCare Pharm., Inc., et al.* No. 3:10-cv-13014-DRH-PMF

*Autumn Dickson v. Bayer Corp., et al.* No. 3:10-cv-12921-DRH-PMF

*Ashley Flynt v.Bayer HealthCare Pharm., Inc., et al.*No. 3:10-cv-12485-DRH-PMF

*Tanya Lynch v. Bayer Corp.*, et al. No. 3:10-cv-12626-DRH-PMF

*Ellen Miller v. Bayer HealthCare Pharm., Inc., et al.* No. 3:10-cv-10813-DRH-PMF

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing these cases with prejudice entered by this Court on July 28, 2011, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                              **NANCY J. ROSENSTENGEL,**
                                              **CLERK OF COURT**

                                       **BY:**       /s/*Sandy Pannier*
                                                         **Deputy Clerk**

Dated: July 28, 2011

APPROVED: [signature: David R. Herndon]
Digitally signed by David R. Herndon
Date: 2011.07.28 16:09:21 -05'00'
              CHIEF JUDGE
              U. S. DISTRICT COURT